ANTHONY L. MARTIN, ESQ.
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
MOLLY M. REZAC, ESQ.
Nevada Bar No. 7435
molly.rezac@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
3800 Howard Hughes Parkway, Suite 1500
Las Vegas, NV 89169
Telephone: 775.369.6800

*Attorneys for Defendant Life Time Fitness, Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| WELLNESS COACHES USA, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>MGM RESORTS INTERNATIONAL<br><br>and<br><br>LIFE TIME FITNESS, INC.,<br><br>Defendants. | Case No.: 2:15-cv-01593-JAD-CWH<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT LIFE TIME FITNESS, INC. TO RESPOND TO COMPLAINT**<br><br>(Second Request) |

Defendant Life Time Fitness, Inc., by and through its counsel of record, Molly M. Rezac of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., and Plaintiff Wellness Coaches USA, LLC by and through its counsel of record, Philip Kircher and David Walton of Cozen O'Connor and Ross Goodman of Goodman Law Group, P.C., and Defendant MGM Resorts International, by and through its counsel of record, Todd Bice of Pisanelli Bice, hereby stipulate and agree to allow an extension of time for Life Time Fitness, Inc. to respond to the Complaint filed in this matter up to and including October 21, 2015.

The current response date is September 30, 2015. This stipulation is requested so that the parties can continue settlement discussions regarding potential resolution of this matter. It is not intended for delay.

DATED this 30th day of September, 2015.

| Cozen O'Connor | Ogletree, Deakins, Nash, Smoak & Stewart, P.C. |
|---|---|
| /s/ David Walton | /s/ Molly M. Rezac |
| David Walton (*pro hac vice*)<br>One Liberty Place<br>1650 Market Street<br>Philadelphia, PA 19103<br>*Attorney for Plaintiff* | Anthony L. Martin<br>Molly M. Rezac<br>Wells Fargo Tower<br>3800 Howard Hughes Parkway, Suite 1500<br>Las Vegas, NV 89169<br>*Attorneys for Defendant Life Time Fitness, Inc.* |

Pisanelli Bice PLLC

/s/ Todd L. Bice
Todd L. Bice
400 S. 7th Avenue
Las Vegas, NV 89101
*Attorney for Defendant MGM Resorts International*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: September 30, 2015.

22534119.1