Ross Goodman, Esquire
Goodman Law Group, P.C.
520 S. 4th Street
Las Vegas, NV  89101
T:  (702) 383-5088
F:  (702) 385-5088
email:  ross@goodmanlawgroup.com
Nevada Bar ID No. 7722
        and
Philip G. Kircher, Esquire (*admitted pro hac vice*)
David J. Walton, Esquire (*admitted pro hac vice*)
Cozen O'Connor
1650 Market Street
Philadelphia, PA  19103
T:  215-665-2000
F:  215-665-2013
email:  pkircher@cozen.com
email:  dwalton@cozen.com
Attorneys for Plaintiff
Wellness Coaches USA, LLC

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| WELLNESS COACHES USA, LLC, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 2:15-cv-01593-JAD-CWH |
| MGM RESORTS INTERNATIONAL, et al. | : |
| Defendants. | : |

**ORDER GRANTING MOTION TO SEAL**

This cause came before the Court upon Plaintiff's Motion to Seal Exhibit A of Plaintiff's

Reply Memorandum of Points and Authorities in Support of Plaintiff's Motion for a Preliminary

Injunction. Upon review of the Motion, and the Court being otherwise fully informed as to the premises, it is:

**ORDERED AND ADJUDGED** that the Motion is **GRANTED.**

The Clerk of Court is hereby ordered to file under seal Exhibit A of Plaintiff's Reply Memorandum of Points and Authorities in Support of Plaintiff's Motion for a Preliminary Injunction. This order shall remain in effect until further order of this Court.

**DONE AND ORDERED** in Chambers, at Las Vegas, Clark County, Nevada, this 1st day of October, 2015

_____
U.S. District Court Judge

2