Ross Goodman, Esquire
GOODMAN LAW GROUP, P.C.
520 S. 4th Street
Las Vegas, NV  89101
T:  (702) 383-5088
F:  (702) 385-5088
email:  ross@goodmanlawgroup.com
Nevada Bar ID No. 7722
        and
Philip G. Kircher, Esquire (*admitted pro hac vice*)
David J. Walton, Esquire (*admitted pro hac vice*)
COZEN O'CONNOR
1650 Market Street
Philadelphia, PA  19103
T:  215-665-2000
F:  215-665-2013
email:  pkircher@cozen.com
email:  dwalton@cozen.com
Attorneys for Plaintiff
Wellness Coaches USA, LLC

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| WELLNESS COACHES USA, LLC, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 2:15-cv-01593-JAD-CWH |
| MGM RESORTS INTERNATIONAL, et al., | ) **JOINT STIPULATION OF DISMISSAL** |
| Defendant. | ) |

It is hereby STIPULATED and AGREED that the above-entitled action is hereby dismissed with prejudice, with each party bearing its own costs and fees.

The Parties further agree that the Preliminary Injunction granted in part against Life Time Fitness, Inc. and in favor of Wellness Coaches USA, LLC (Docket #23) is dissolved with the dismissal of this action.

Ross Goodman, as the filing user, attests pursuant to Special Order 109 that all parties have consented to this Joint Stipulation of Dismissal.

Submitted this 6th day of May, 2016.

BY: */s/ Ross Goodman*
Ross Goodman, Esquire
**GOODMAN LAW GROUP, P.C.**
520 S. 4th Street
Las Vegas, NV  89101
T:  (702) 383-5088
F:  (702) 385-5088
Email:  ross@goodmanlawgroup.com
   and
Philip G. Kircher, Esq.(*admitted pro hac vice*)
David J. Walton, Esq.(*admitted pro hac vice*)
Cozen O'Connor
1650 Market Street
Philadelphia, PA  19103
T:  215-665-2000
F:  215-665-2013
Email:  pkircher@cozen.com
Email:  dwalton@cozen.com

*Attorneys for Plaintiff*
*Wellness Coaches USA, LLC*

BY: */s/ Todd L. Bice*
Todd L. Bice, Esquire
**PISANELLI BICE PLLC**
400 South 7th Street, Suite 300
Las Vegas, NV  89101
T:  (702) 214-2100
F:  (702) 214-2101
Email:  lit@pisanellibice.com

*Attorneys for Defendant*
*MGM Resorts International*

BY: */s/ Molly Malone Rezac*
Molly Malone Rezac, Esquire
**OGLETREE DEAKINS NASH SMOAK & STEWART, P.C.**
543 Plumas Street
Reno, NV  89509
T:  (775) 440-2372
F:  (775) 440-2376
Email:  molly.rezac@oggletreedeaksins.com

*Attorneys for Defendant*
*Life Time Fitness, Inc.*

## ORDER

Based on the parties' stipulation, IT IS HEREBY ORDERED this action is DISMISSED with prejudice, each side to bear its own fees and costs.   The preliminary injunction order (Doc. 23) is hereby dissolved.

Dated:  May 9, 2016.

_____
UNITED STATES DISTRICT JUDGE